**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60902-LEIBOWITZ**

**MATEO GABRIEL ALFARO DIAZ**,

 *Petitioner*,

*v.*

**FIELD OFFICE DIRECTOR,** *et al.*,

 *Respondents.*

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on the Government's Response to Order to Show Cause [ECF No. 7], filed on April 3, 2026.  The Government has not argued why this case is distinguishable from other cases in which bond hearings have been granted, but has instead simply regurgitated argument rejected in these prior cases.  [*See generally id.*].

Accordingly, upon due consideration it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Petition [**ECF No. 1**] is **GRANTED IN PART**.

2.  Respondents shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a) <u>within fourteen (14) days of the entry of this Order</u>, or otherwise release Petitioner.  Counsel for Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing.  <u>No less than 72 hours prior to the time the bond hearing is set to commence</u>, Respondents shall notify counsel that a bond hearing has been scheduled, which notice shall include the time, date, and location of the bond hearing and shall apprise counsel of any procedural requirements that must be satisfied in order to appear on behalf of Petitioner at the bond hearing.

3.  Respondents shall file a notice with the Court **on or before April 20, 2026**, confirming and detailing their compliance with this Order.

4.  The *Clerk* is **DIRECTED** to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 6, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record

2